**Exhibit A**

Table of Last-Observed Infringements by Defendants of Wicked Pictures's Copyright in the Motion Picture "Friends With Benefits," Copyright Reg. No. in process. Copyright Application Service Request No. 1-654788847 filed on 2011-08-30.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.33.21.240 | 2011-12-27 22:44:00 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 2 | 108.9.103.70 | 2012-01-01 23:23:27 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 3 | 108.9.132.61 | 2012-01-05 07:13:05 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 4 | 173.169.147.180 | 2011-12-17 16:47:52 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 5 | 173.170.128.153 | 2012-01-11 17:41:03 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 6 | 173.170.132.11 | 2012-01-09 15:58:05 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 7 | 173.65.227.86 | 2011-12-14 14:14:42 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 8 | 173.78.194.74 | 2011-12-26 15:01:30 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 9 | 174.48.182.53 | 2011-12-15 20:42:20 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 10 | 184.88.147.16 | 2012-01-10 10:31:21 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 11 | 184.88.24.26 | 2011-12-14 00:06:23 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 12 | 184.91.104.251 | 2011-12-27 21:32:40 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 13 | 184.91.163.169 | 2011-12-11 12:44:50 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 14 | 184.91.41.60 | 2012-01-09 15:08:19 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 15 | 24.129.100.219 | 2011-11-24 13:19:41 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 16 | 24.164.61.121 | 2011-12-26 23:36:08 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 17 | 24.73.24.212 | 2011-12-11 09:51:23 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 18 | 65.32.172.204 | 2011-12-24 18:25:01 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 19 | 65.34.138.172 | 2012-01-11 21:16:47 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 20 | 65.34.193.251 | 2012-01-05 01:34:13 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 21 | 66.176.107.106 | 2011-12-04 22:51:37 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 22 | 66.176.147.117 | 2012-01-08 02:59:42 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 23 | 66.177.6.240 | 2011-11-30 18:34:52 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 24 | 66.229.113.15 | 2011-12-13 00:34:55 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 25 | 67.191.87.161 | 2012-01-08 13:23:36 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 26 | 68.202.73.227 | 2012-01-08 22:04:40 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 27 | 68.207.89.66 | 2011-12-13 02:59:53 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |

| Doe 28 | 68.34.152.223 | 2011-12-25 21:51:00 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| --- | --- | --- | --- | --- | --- |
| Doe 29 | 68.56.210.51 | 2011-12-02 10:41:19 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 30 | 68.56.221.172 | 2011-11-24 08:48:57 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 31 | 68.56.85.18 | 2011-11-15 02:49:33 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 32 | 68.59.80.217 | 2011-11-22 17:20:16 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 33 | 68.62.231.105 | 2011-12-29 21:15:25 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 34 | 68.62.243.111 | 2011-11-19 23:10:16 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 35 | 69.137.198.88 | 2011-12-18 02:04:17 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 36 | 69.247.80.105 | 2011-12-16 22:35:51 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 37 | 69.254.113.78 | 2011-12-03 20:09:58 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 38 | 69.254.160.120 | 2011-12-20 13:45:57 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 39 | 70.119.141.99 | 2011-12-19 13:40:00 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 40 | 70.119.91.227 | 2012-01-10 10:50:17 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 41 | 70.127.70.2 | 2011-12-14 12:23:59 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 42 | 71.180.220.135 | 2012-01-08 10:59:44 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 43 | 71.196.99.72 | 2011-11-22 17:15:34 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 44 | 71.203.100.124 | 2012-01-06 13:49:53 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 45 | 71.203.174.133 | 2011-12-05 02:59:54 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 46 | 71.228.90.128 | 2011-11-26 20:06:24 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 47 | 71.229.22.162 | 2011-12-08 02:56:00 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 48 | 72.185.215.17 | 2011-12-13 20:39:42 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 49 | 72.187.198.8 | 2012-01-03 23:06:43 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 50 | 72.64.190.208 | 2011-12-18 02:46:31 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 51 | 75.74.249.53 | 2011-12-16 21:07:27 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 52 | 75.74.37.141 | 2011-11-19 18:56:44 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 53 | 75.89.23.76 | 2011-12-18 23:36:51 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 54 | 76.106.132.86 | 2012-01-04 10:31:52 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 55 | 76.106.250.154 | 2011-12-03 18:21:50 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 56 | 76.108.146.205 | 2011-12-01 17:14:53 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 57 | 76.108.5.59 | 2012-01-11 17:35:43 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 58 | 76.108.72.170 | 2011-11-29 18:34:49 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 59 | 76.109.148.180 | 2011-12-29 22:27:49 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 60 | 76.110.23.18 | 2011-12-25 20:46:37 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 61 | 76.110.239.38 | 2011-12-24 00:09:52 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 62 | 76.110.246.193 | 2011-12-21 00:04:09 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 63 | 76.110.58.247 | 2011-12-06 14:24:36 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |

| Doe | IP Address | Timestamp | ISP | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 64 | 76.111.228.145 | 2012-01-11 23:12:45 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 65 | 76.122.10.127 | 2011-11-15 09:00:22 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 66 | 76.18.20.238 | 2011-12-25 22:13:24 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 67 | 76.18.244.147 | 2011-11-27 07:56:53 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 68 | 76.26.174.10 | 2012-01-03 21:06:30 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 69 | 76.26.178.125 | 2011-12-03 19:19:45 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 70 | 76.26.42.42 | 2011-11-29 17:28:04 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 71 | 96.228.225.137 | 2011-12-26 23:07:53 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 72 | 96.252.161.163 | 2011-12-14 14:11:38 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 73 | 96.252.175.36 | 2012-01-07 23:19:46 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 74 | 96.252.216.21 | 2011-12-14 23:46:11 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 75 | 96.254.195.94 | 2011-12-23 16:23:32 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 76 | 97.101.250.85 | 2012-01-07 00:21:37 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 77 | 97.102.246.215 | 2011-12-14 19:03:33 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 78 | 97.102.247.107 | 2012-01-11 17:35:43 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 79 | 97.102.9.110 | 2011-12-12 02:30:26 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 80 | 97.97.69.136 | 2012-01-11 14:35:35 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 81 | 98.203.56.235 | 2012-01-02 11:08:54 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 82 | 98.203.96.47 | 2011-12-22 22:07:28 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 83 | 98.208.206.214 | 2011-11-20 14:23:09 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 84 | 98.208.224.188 | 2011-12-20 00:08:58 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 85 | 98.208.225.255 | 2011-11-19 00:59:48 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 86 | 98.211.167.203 | 2012-01-01 17:19:47 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 87 | 98.211.229.13 | 2012-01-05 23:03:14 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 88 | 98.230.101.95 | 2011-11-29 15:10:18 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 89 | 98.230.53.185 | 2011-11-26 00:07:47 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 90 | 98.230.79.226 | 2011-11-22 04:05:55 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 91 | 98.231.17.214 | 2012-01-08 13:08:33 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 92 | 98.231.6.255 | 2011-11-28 21:47:40 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 93 | 98.238.117.222 | 2011-11-28 12:18:44 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 94 | 98.242.249.197 | 2011-12-20 21:44:43 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 95 | 98.244.209.121 | 2011-12-06 18:13:35 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 96 | 98.249.185.93 | 2011-12-14 16:07:01 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 97 | 98.249.219.157 | 2011-12-13 00:19:37 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 98 | 98.254.244.146 | 2012-01-05 16:54:14 -0500 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |